**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

BURGHERGRAY LLP,

                Petitioner,                          25 **CIVIL** 2104 (ER)

      -against-                                   **JUDGMENT**

CHRISTOPHER KLUG,

                Respondent.
--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 12, 2025, BurgherGray's petition to vacate the Award is DENIED, and Klug's cross-petition to confirm the Award is GRANTED; accordingly, the case is closed.

**Dated**: New York, New York
       December 15, 2025

                                    **TAMMI M. HELLWIG**

                                  _____

                                     **Clerk of Court**

              **BY:**           _____

                                    **Deputy Clerk**